UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC (AKA DIAMOND) VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | CASE NO. 1:20-cv-0083 NONE JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>**(Doc. 14)** |

Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, plaintiff's motion is **GRANTED**, and his first amended complaint is deemed timely filed.

IT IS SO ORDERED.

Dated: __October 15, 2020__          _/s/ Jennifer L. Thurston_
                                       UNITED STATES MAGISTRATE JUDGE