UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC (AKA DIAMOND) VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No.: 1:20-cv-00083-JLT-CDB (PC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>14-DAY DEADLINE |

On December 6, 2023, the Court issued an order finding service of Plaintiff's complaint appropriate and directing e-service on Defendants. (Doc. 36.) The Court directed the California Department of Corrections and Rehabilitation (CDCR), within 40 days, to file a "'CDCR Notice of E-Service Waiver,' advising if the defendants waive service of process without need for personal service by the United States Marshal." *Id.* at 2-3. The Court also directed CDCR to file a waiver of service within 30 days thereafter for all Defendants who waive service. *Id.* at 3.

On January 10, 2024, CDCR timely filed the required Notice of E-Service Waiver on behalf of all six Defendants. (Doc. 40.) Thereafter, counsel for Defendants filed a "Waiver of Service of Summons" for only five of the six Defendants (*e.g.*, not including Defendant Robert Mitchell). (Doc. 41.) Although more than 30 days have passed since the filing of the Notice of E-Service Waiver, Defendant Mitchell has not made filed a waiver of service.

Accordingly, CDCR shall show cause, within 14 days, why sanctions should not be imposed for Defendant Mitchell's failure to comply with the Court's order. The Court directs the Clerk of the Court to serve this order via email on CDCR and Supervising Deputy Attorney General Lawrence Bragg.

IT IS SO ORDERED.

Dated:    **February 12, 2024**              _____
                                                                        UNITED STATES MAGISTRATE JUDGE

2