IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOMINIC (AKA DIAMOND) VARGAS,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | Case No. 1:20-cv-00083 JLT CDB<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE NOTICE OF OPT-OUT OF POST SCREENING ADR |

The Court, having considered Defendants S. Neumann, L. Taylor, S. Chaiken, T. Buzzini. and J. Macomber's request for a thirty (30) day extension of time to determine whether or not they will be opting-out of the Court's post-screening Alternative Dispute Resolution (ADR) settlement conference, and good cause appearing:

**IT IS ORDERED THAT** Defendants shall have until May 29, 2024, to file a notice of agreement to proceed with ADR or their belief that settlement is not achievable at this time..

Dated: April 25, 2024

The Honorable Christopher D. Baker