# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC VARGAS, aka Diamond Vargas,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>  Defendants. | Case No.: 1:20-cv-0083 JLT CDB<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR RECONSIDERATION AS MOOT<br><br>(Doc. 76) |

Dominic Vargas seeks to hold the defendants liable for violations of his civil rights in this action pursuant to 42 U.S.C. § 1983. Plaintiff requests reconsideration of the orders issued on September 26, 2024. (Doc. 76.) However, the identified orders were vacated and amended pursuant to Rule 60(a) of the Federal Rules of Civil Procedure on October 18, 2024. (Doc. 79 at 1; Doc. 80 at 1.) Because the orders were subsequently vacated and amended, the request for reconsideration is denied as **MOOT**.

IT IS SO ORDERED.

Dated:  **October 29, 2024**

_____
UNITED STATES DISTRICT JUDGE