1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11   DOMINIC (AKA DIAMOND) VARGAS,          Case No.: 1:20-cv-000083-JLT-CDB (PC)

12              Plaintiff,                  **ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER**

13         v.                              (Doc. 82)

14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS AND
15   REHABILITATION, et al.,

16              Defendants.

17

18        Plaintiff Dominic Vargas is proceeding pro se and *in forma pauperis* in this civil rights

19   action pursuant to 42 U.S.C. § 1983.

20        **I.    INTRODUCTION**

21        On October 3, 2025, Plaintiff filed a document titled "Stipulation for 90-Day Extension of

22   Discovery Cut-Off Date and Deadline to File Motion for Summary Judgment and Notice of

23   Deposition of Plaintiff Dominic Vargas Being Moved to After December 2025." (Doc. 91.)

24        On October 10, 2025, Defendants filed their notice of non-opposition to Plaintiff's earlier

25   filing. (Doc. 92.)

26        Following review of pleadings, the Court will modify the Discovery and Scheduling Order

27   as all parties seek to extend the deadlines for the completion of all discovery and the filing of

28   dispositive motions.

**II.    DISCUSSION**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). This good cause standard "primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 609 (9th Cir. 1992). The court may modify the scheduling order "if it cannot reasonably be met despite the diligence of the party seeking the extension." *Id*. If the party was not diligent, the inquiry should end. *Id.*

Here, the parties agree that extending the deadlines for the completion of all discovery and the filing of dispositive motions by 90 days is warranted. The parties note that extending the discovery deadline would allow for Plaintiff's deposition — presently set for November 7, 2025 — to be reset to a later date, allowing for Plaintiff's medical treatment to progress and the parties to learn Plaintiff's "anticipated treatment timeline."

**III.    CONCLUSION AND ORDER**

Accordingly, and for good cause shown, the Court **ORDERS** that:

1.  Plaintiff's motion to extend the deadlines for the completion of discovery and the filing of motions for summary judgment (Doc. 91) is **GRANTED**; and

2.  The Discovery and Scheduling Order is **MODIFIED** as follows:

    a.  The deadline for the completion of discovery is extended from November 7, 2025, to **February 5, 2026**;

    b.  The deadline for the filing of dispositive motions is extended from January 20, 2026, to **April 20, 2026**.

IT IS SO ORDERED.

Dated:   __October 14, 2025__                    _____

UNITED STATES MAGISTRATE JUDGE