ROB BONTA, State Bar No. 202668
Attorney General of California
KYLE A. LEWIS, State Bar No. 201041
Supervising Deputy Attorney General
JULIET LOMPA, State Bar No. 140980
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3365
  Fax:  (415) 703-5843
  E-mail:  Juliet.Lompa@doj.ca.gov
*Attorneys for Defendants S. Neumann, L. Taylor,*
*S. Chaiken, T. Buzzini, R. Mitchell and J. Macomber*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DOMINIC (AKA DIAMOND) VARGAS,** | 1:20-cv-00083-JLT-CDB |
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | Judge:       The Hon. Christopher D. Baker<br>Trial Date:  Not Set<br>Action Filed:  January 16, 2020 |
| Defendants. | |

**TO PLAINTIFF DOMINIC VARGAS, PRO SE:**

**PLEASE TAKE NOTICE** that under Federal Rule of Civil Procedure 56, Defendants S. Neumann, L. Taylor, S. Chaiken, T. Buzzini, R. Mitchell, and J. Macomber ("Defendants") move for summary judgment on the grounds that (1) Plaintiff failed to exhaust his administrative remedies prior to filing suit; (2) Plaintiff cannot establish Defendants were deliberately indifferent to his serious medical needs in violation of the Eighth Amendment; (3) Plaintiff cannot establish that Defendants violated any clearly established law, thus entitling them to qualified immunity; and (4) Plaintiff's Fourteenth Amendment Claim based on Title 15 § 3350.1 is moot, and his due

process claims fails because California Correctional Health Care Services's Guildelines for Review of Gender Affirming Surgery are not discriminatory.

**PLEASE TAKE FURTHER NOTICE** that, consistent with Local Rule 230(l), this motion is submitted on the record without oral argument unless otherwise ordered by the Court. You are required to file an opposition or a statement of non-opposition to this motion under Local Rule 230(l). The opposition or statement of non-opposition must be filed not more than twenty-one days after the date of service of this motion.

This motion is based on this Notice and Motion, Defendants' Separate Statement of Undisputed Facts, Defendants' Memorandum of Points and Authorities, the Declarations of K. Martin, Dr. Joelson, S. Neumann, L. Taylor, S. Chaiken, T. Buzzini, R. Mitchell, and Juliet Lompa, and the accompanying exhibits, *Rand* Notice, and the pleadings, records, and files in this action, and such other matters as may properly come before the Court.

Dated:  April 13, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General

JULIET LOMPA
Deputy Attorney General
*Attorneys for Defendants*

SA2024400140
44990166

Defendants' Notice of Motion for Summary Judgment (1:20-cv-00083-JLT-CDB)