ROB BONTA, State Bar No. 202668
Attorney General of California
KYLE A. LEWIS, State Bar No. 201041
Supervising Deputy Attorney General
JULIET LOMPA, State Bar No. 140980
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3365
  Fax:  (415) 703-5843
  E-mail:  Juliet.Lompa@doj.ca.gov
*Attorneys for Defendants S. Neumann, L. Taylor,
T. Buzzini, S. Chaiken, R. Mitchell, J. Macomber*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DOMINIC (AKA DIAMOND) VARGAS,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 1:20-cv-00083-JLT-CDB<br><br>**DECLARATION OF JULIET LOMPA IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:  The Hon. Christopher D. Baker<br>Trial Date:     Not Set<br>Action Filed:   January 16, 2020 |

I, Juliet Lompa, declare as follows:

1.     I am an attorney licensed to practice before all courts in California and before this Court. I am a Deputy Attorney General employed by the Department of Justice, Office of the Attorney General, and I am assigned as counsel to Defendants in this case. I submit this declaration in support of Defendants' Motion for Summary Judgment.

2.     On February 3, 2026, I conducted the deposition of Plaintiff Dominic Vargas. True and correct copies of pertinent portions of Mr. Vargas's deposition testimony is attached hereto as Exhibit A.

1

Declaration of Juliet Lompa ISO MSJ  (1:20-cv-00083-JLT-CDB)

3.　　　Attached as Exhibit B to this declaration is a true and correct copy of the declaration of the custodian of medical records at Central California Women's Facility, Chowchilla, where Plaintiff Diamond Vargas, CDCR No. WF6174, was housed on September `9, 2025, which accompanied the attached medical record for Vargas and provided to the Office of the Attorney General.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed in San Francisco, California this 13th day of April, 2026.

_____
Juliet Lompa

SA2024400140
45030521

2

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

DOMINIC (AKA DIAMOND)      )
VARGAS,                    )
                           )
     Plaintiff,            )
                           )
vs.                        )   CASE NO.
                           )   1:20-cv-00083 JLT CDB
                           )
CALIFORNIA DEPARTMENT OF   )
CORRECTIONS AND            )
REHABILITATION, et al.,    )
                           )
     Defendants.           )

-----------------------------------------------------------

REMOTE ORAL DEPOSITION

DOMINIC (AKA DIAMOND) VARGAS

FEBRUARY 3, 2026

-----------------------------------------------------------

REMOTE ORAL DEPOSITION OF DOMINIC (AKA DIAMOND) VARGAS, produced as a witness at the instance of the Defendant and duly sworn, was taken in the above-styled and numbered cause on the 3rd day of February, 2026, from 9:34 p.m. to 3:04 p.m., before Maribel C. Torres, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine via Zoom, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

P R O C E E D I N G S

THE REPORTER:  We are on the record at 9:33 a.m. on February 3rd, 2026, to take the remote oral deposition of Dominic Vargas by Zoom.

This case is styled In The United States District Court for the Eastern District of California, Fresno Division.  Dominic Vargas versus California Department of Corrections and Rehabilitation, et al.  Case 1:20-cv-00083 JLT CDB.

There's no videographer present.  My name is Maribel Torres.  I'm the court reporter.  And I'm here on behalf of Steno.

And I'll go ahead -- before I swear in the witness, if I could have counsel state your appearance for the record, please.

MS. LOMPA:  Yes, Juliet Lompa on behalf of defendants.

THE REPORTER:  Thank you.

And there's no other attorneys present.  Mr. Vargas is pro se.

And I'll go ahead and swear you in.  If you could please raise your right hand.

(Witness is sworn.)

THE WITNESS:  Yes.

THE REPORTER:  Thank you.

A.    That's right.

Q.    Okay.  Once you are scheduled and receive phalloplasty surgery, will you feel that your gender -- you GAS surgeries have been completed?

A.    My body contouring and my phalloplasty, those are the last two things I have and I'll be done.

Q.    Okay.  And so -- all right so the body contouring that you're going to have, you know, two to six months from now and the phalloplasty are your final GAS surgeries that you want, correct?

A.    Yes.

Q.    Do you remember when you received the approval for phalloplasty approximately?

A.    2023.

Q.    June of 2023?

A.    That date?  I just know it was June.  You're probably right.  You got the date there, right?

Q.    My understanding, it was June 6, 2023, but I am -- I would like to know if that's the correct date from your recollection.

A.    I just know it was 2023.  I'll go with you. If you got the paper, then you're correct.

Q.    Well, I -- I am trying to just ask you questions, but thank you.

A.    You're giving me a hard time.  It's not fair.

STATE OF TEXAS                )

COUNTY OF TARRANT             )

REPORTER'S CERTIFICATE

REMOTE ORAL DEPOSITION OF DOMINIC (AKA DIAMOND) VARGAS

FEBRUARY 3, 2026

I, Maribel C. Torres, the undersigned Certified Shorthand Reporter in and for the State of Texas, certify that the facts stated in the foregoing pages are true and correct reported by me to the best of my ability under conditions presented (remote deposition, audio echo, interruptions, crosstalk).

That the witness did request to review the transcript and make any changes to the transcript pursuant to Section 30(e) of the Federal Rules of Civil Procedure.

I further certify that I am neither attorney or counsel for, related to, nor employed by any parties to the action in which this testimony is taken and,

further, that I am not a relative or employee of any counsel employed by the parties hereto or financially interested in the action.

SUBSCRIBED AND SWORN TO under my hand and seal of office on this the 23rd day of February, 2026.

_Maribel Torres_

Maribel Torres
Texas Certified Stenographer #8597
Expiration Date: 10/31/2027
Steno Agency, Inc.
Firm Registration No. 47
315 W. 9th Street, Suite 807
Los Angeles, California 90015
(888)707-8366
concierge@steno.com

# Exhibit "B"

DECLARATION OF CUSTODIAN OF RECORDS

I, _Imelda Martine-Aguilan_ declare as follows:
(Name of Declarant)

I am a _HRT II (oc)_
(Civil Service Classification)

Employed by the California Department of Corrections and Rehabilitation at
Central California Women's Facility, Chowchilla, CA

In this capacity, I am the duly authorized custodian of medical records maintained on
inmates committed to the custody of the California Department of Corrections and
housed at this institution.

A medical file is maintained on each inmate housed in the California Department of
Corrections. The file is maintained by the medical department of the institution housing
the inmate, and transferred with the inmate to any other institutions.

Documents relating to an inmate's medical examinations, treatment and care are
maintained in the medical file.

The documents and entries in the documents pertaining to an inmate are prepared at or
near the time of examination, treatment and care of an inmate by persons with personal
knowledge of the examination, treatment and care of the inmate.

When the inmate requires or requests medical diagnosis and or treatment, the inmate is
generally asked about his or her symptoms, pains and sensations. The inmate's
statements are generally recorded in documents maintained in the inmate's medical file.

The documents attached hereto are true and correct copies of documents from the
medical file in inmate _Vargas, Diamond_ CDC _WF 6/74_
                        (name)
and maintained in the regular course of business by the Department of Corrections at this
institution.

I declare under penalty of perjury that I am competent to testify as a witness, that the
foregoing is true and correct and based on my personal knowledge except for those
statements based on information and belief, and as to those statements I believe them to
be true, and that if called as a witness, I would so testify.

Executed on _September 19, 2025_ , at _Chowchilla_ , California
              (Date)                        (City)

(Signature)
CUSTODIAN OF MEDICAL RECORDS





**Align Surgical Associates**
Performing Provider: Dr. Michael Safir

Plastic Surgery

ALIGN SURGICAL ASSOCIATES NC

WF 6174

**Diamond Vargas**, 57 yrs Unknown,  **DOB**: 03/14/1967
Visit Date: 08/13/2024 01:30PM
**Visit Location**: ALIGN SURGICAL ASSOCIATES SF, 2299 POST ST STE 207, SAN FRANCISCO, CA 94115-3473
Address: Central California Womens Facility 23370 Boad 22, Chowchilla, California 93610-8504

Phone (Primary): 559-665-5531          NOV: Follow-up, web          SSN: n/a
Phone (Secondary): n/a                                              Insurance: OTHER FEDERAL PROGRAM
Email: Victoria.Paz@cdcr.ca.gov

### Chief Complaint

Patient is interested in phalloplasty

AUG 19 2024
Telemed

### Intake

**Allergies**
**Latex, Natural Rubber**:
**peanuts**:
**Penicillins**:

**Medications**
No known active medications

**Problems**
**Total knee replacement status Z96.659**:

**Vital Signs**
No Vital Signs captured during this encounter

### History of Present Illness

Has ? about electrolysis - has been undergoing laser hair removal - pt wants electrolysis - nurse states she will look into. Has ? about using testosterone cream.

### Past Medical History

PMH:
gender dysphoria
Amphetamine dependence
Bilateral chronic knee pain
Borderline personality disorder
Carpal tunnel syndrome of right wrist
Chronic constipation
Chronic kidney disease
Chronic migraine
Chronic musculoskeletal pain

RECEIVED
AUG 19 2024
MEDICAL RECORDS

Page 1 of 6



Cocaine dependence in reported remission
Dupuytren contracture
Hyperlipidemia
Hypertension
Knee injuries
Knee pain
Limitation of joint motion of left wrist
Lower abdominal pain
Other specified depressive disorder
Posttraumatic stress disorder
Snoring
Unknown substance dependence, continuous use (per Dr. Rogers)
Vitamin D insufficiency

PSH:
pap smear, 10/01/2021, 11/29/2017
sleep study, 05/27/2021
myoclonal antibody infusion for COVID, 12/30/2020
mammography - screening, 09/20/2017
right ACL - reconstruction of anterior cruciate ligament, 12/01/2013

MEDS:
SUMAtriptan, 100mg tab
amLODIPine, 2.5mg tab, one a day
atorvastatin, 40mg tab
bisacodyl, 10mg
cholecalciferol, 50mcg tab
diclofenac, 1% gel 100gm
hydrOXYzine pamoate, 25mg
anxiety ketoconazole 2% cream, 60gm
prazosin, 1mg cap, once a day
testosterone cypionate, 200mg/1mL

ALL:
Latex
Peanuts
Penicillin

## ⊙ Social History

Caffeine: denies
Tobacco: denies
Marijuana: not specified
Vaping: denies
Street Drugs: cocaine, methamphetamines
Alcohol: former

Social Support: CDCR
Residence: N/A
Occupation: N/A

Diamond Vargas (#VAR007)
57 yrs Unknown   DOB:03/14/1967   Visit Date: 08/13/2024 01:30PM



#  Family History

alcohol abuse, sibling
diabetes mellitus, mother/grandmother and sibling
glaucoma, mother
skin cancer, mother

# Review of Systems

Resp: no cough, no wheezing, no hemoptysis
Cardiac: no chest pain/pressure, no palpitations, no orthopnea, no PND
Gastrointestinal: no nausea, no vomiting, no diarrhea, no constipation, no bleeding
Neurologic: no seizures, no headache, no weakness
Lymph nodes: no enlarged lymph nodes
Musculoskeletal: no back pain, no neck pain, no leg pain, no arm pain
Urologic: no hematuria, no dysuria, no polyuria
Hematologic: no bruising, no bleeding
Psych: no depression, no difficulty sleeping

# Physical Exam

PEX:
Ht:5'6"
Wt: 159 lbs (stable)
BMI:

A&O x 3, NAD

# Assessment and Plan

1. **Total knee replacement status Z96.659 ():**
   08/08/2023

2. **Gender dysphoria F64.9 (302.6):**
   08/08/2023, Gender dysphoria

**Assessment**

Pt needs electrolysis. Has had hysterectomy.

Focus of Discussion: (1) possible staging of the procedure i (2) different donor sites techniques for phalloplasty, including anterolateral thigh, radial forearm, or abdominal tissue (3) Need for excellent social support while undergoing and recovering from phalloplasty surgery (4) Alternatives, benefits, and risks of the planned procedure(s) (5) Risks of the surgery include but are not limited to bleeding, infection, tissue expander Infection, mechanical failure of tissue expander (rupture, leak, etc.), injury to adjacent structures, hematoma, seroma, swelling, bruising, neuroma, changes in sensation, inability to orgasm, partial or total flap/graft loss, urinary retention, urethral stricture, urethral fistula, wound healing problems, scarring (hypertrophic or keloid), asymmetry, contour irregularities, need for additional surgery, DVT/PE, death, persistent gender dysphoria, irreversibility, prolonged pain, worsening mental health (6) high complication rates of conventional techniques and often extended recovery times in phalloplasty (7) loss of fertility from

**Diamond Vargas** (#VAR007)
57 yrs Unknown   DOB:03/14/1967   Visit Date: 08/13/2024 01:30PM

 CareCloud

TAH/BSO.

Tobacco & Marijuana: Reviewed that all tobacco products must be stopped at least 1 month prior to surgery, and permanently thereafter. Also reviewed that marijuana products must be stopped 1 week prior to surgery, and for 1-week post-surgery.

Patient Confirmation of Understanding: Patient expressed understanding of the above and voluntariness to proceed with the operation.

Patient after much thought and research remains excited about phalloplasty with Align and would like to continue with his evaluation. Please schedule for an in person visit at patient's soonest convenience, so that a physical exam can be performed and so that we can continue phalloplasty counseling.

..................................................................................

SURGICAL PLAN:
- Continue with phalloplasty planning.


13121 Repair complex wound closure (2.6 sq cm to 7.5 sq cm) 1
13122 Repair complex wound closure (ea add'l 5 sq cm) 3
14301 Adjacent tissue transfer, any area (30.1 sq cm to 60 sq cm) 1
14302 Adjacent tissue transfer, any area (ea add'l 30 sq cm) 9
15002 Surg prep/creation of recipient site trunk/arm/legs (first 100cm2) 1
15003 Surg prep/creation of recipient site trunk/arm/legs (each additional 100cm2) 2
15100 Split thickness skin graft trunk/arm/legs (first 100cm2) 1
15101 Split thickness skin graft trunk/arm/legs (each additional 100cm2) 2
15240 Full thickness skin graft face/hand/feet/genitalia (first 20cm2) 1
14041 Adjacent tissue transfer, genitalia (10.1-30cm2) 1
15750 Neurovascular flap
15757 Free skin flap with microvascular anastomosis 1
51102 Aspiration of bladder with insertion of suprapubic catheter 1
53410 Urethroplasty – 1-stage reconstruction of male anterior urethra 1
55180 Scrotoplasty 1
15574 Formation of direct or tubed pedicle flap, genitalia 2
57110 Vaginectomy 1
64856 Repair of major peripheral nerve 1
64859 Repair of additional major peripheral nerve 1
64874 Dissection and transposition of nerve 1
97606 Negative pressure wound therapy (>50cm2) 1
29125 Application of short arm splint forearm-hand static 1
64910 Placement of Axogen Nerve Connector 1
15277 First 100cm2 of AmnioFix to genitalia 1
15273 Integra to arm (first 100cm2) 1
15274 Integra to arm (each additional 100cm2) 2

CLINICAL ACTION ITEMS:
- confirm ongoing electrolysis
- Obtain Op note from hysterectomy

**Page 4 of 6**



••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

I spent 45 minutes with the patient, and greater than 50% of that time was spent in counseling about the possible complications. I explained the various complications as aforementioned, and what that would mean to their quality of life. The patient verbalized understanding and we made a plan to move forward with the aforementioned plan.

**Plan**

Consent to read: R ALT Phalloplasty, scrotoplasty, UL vaginectomy

CPT Codes:

13121 Repair complex wound closure (2.6 sq cm to 7.5 sq cm) 1
13122 Repair complex wound closure (ea add'l 5 sq cm) 3
14301 Adjacent tissue transfer, any area (30.1 sq cm to 60 sq cm) 1
14302 Adjacent tissue transfer, any area (ea add'l 30 sq cm) 9
15002 Surg prep/creation of recipient site trunk/arm/legs (first 100cm2) 1
15003 Surg prep/creation of recipient site trunk/arm/legs (each additional 100cm2) 2
15100 Split thickness skin graft trunk/arm/legs (first 100cm2) 1
15101 Split thickness skin graft trunk/arm/legs (each additional 100cm2) 2
15240 Full thickness skin graft face/hand/feet/genitalia (first 20cm2) 1
14041 Adjacent tissue transfer, genitalia (10.1-30cm2) 1
15750 Neurovascular flap
15757 Free skin flap with microvascular anastomosis 1
51102 Aspiration of bladder with insertion of suprapubic catheter 1
53410 Urethroplasty – 1-stage reconstruction of male anterior urethra 1
55180 Scrotoplasty 1
15574 Formation of direct or tubed pedicle flap, genitalia 2
57110 Vaginectomy 1
64856 Repair of major peripheral nerve 1
64859 Repair of additional major peripheral nerve 1
64874 Dissection and transposition of nerve 1
97606 Negative pressure wound therapy (>50cm2) 1


X Operation to be scheduled r ALT phallopalsty, UL, scrotoplasty
X Duration of surgery 7 hours
X Location of procedure mission
X Additional surgeons y - 2 microsurgeons
X Anesthesia type general
X Inpatient/Outpatient inpt
X Preoperative labs CBC, CHEM 20, UA with reflex culture
X Preoperative EKG yes
X Note of medical clearance from primary physician yes
X Special equipment
X Additional surgical orders
X Product representative

All questions were answered. Pt was offered the opportunity to get a second opinion regarding surgery.

Diamond Vargas (#VAR007)
57 yrs Unknown   DOB:03/14/1967   Visit Date: 08/13/2024 01:30PM

CoreCloud

Electronically Signed By Dr. Michael H Safir on 08/13/24 at 01:46 PM PDT

**Page 6 of 6**