ROB BONTA, State Bar No. 202668
Attorney General of California
KYLE A. LEWIS, State Bar No. 201041
Supervising Deputy Attorney General
JULIET LOMPA, State Bar No. 140980
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3365
  Fax: (415) 703-5843
  E-mail: Juliet.Lompa@doj.ca.gov
Attorneys for Defendants S. Neumann, L. Taylor,
S. Chaiken, T. Buzzini, R. Mitchell and J. Macomber

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DOMINIC (AKA DIAMOND) VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | 1:20-cv-00083-JLT-CDB<br><br>**DECLARATION OF S. NEUMANN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:　　　The Hon. Christopher D. Baker<br>Trial Date:　Not Set<br>Action Filed:　January 16, 2020 |

I, S. Neumann, declare:

1.　　I make the following declaration of facts based upon my own knowledge, except those matters expressly based on information and belief, which I believe to be true. If called, I can testify competently to the facts contained in this declaration.

2.　　I am a licensed Doctor of Psychology. I graduated from the California School of Professional Psychology (now Alliant International University) in 2004, and I have been licensed by the California Board of Psychology since July 2, 2007.

3.　　I am employed by the California Department of Corrections and Rehabilitation (CDCR), through the California Correctional Health Care Services. I currently hold the position

1

of Regional Administrator of the Statewide Mental Health Program-Region II. From 2015-2021, I was the Chief of Mental Health (CMH) at Central California Women's Facility (CCWF).

4.    I understand that I am a defendant in the above-entitled action filed by Dominic "Diamond" Vargas (CDCR No. WF6174), a California state inmate who was incarcerated at CCWF at all times relevant to this action. As summarized in the Court's Screening Orders (ECF Nos. 30, 34, and 35), Vargas's pleading asserts an Eighth Amendment deliberate indifference claim relating to denial of Plaintiff's request for gender affirming surgery (GAS). Vargas alleges that I "had authority in Plaintiff's mental health care and is a chief member of Statewide Medical Authorization Review member who ultimately made dission [sic] to approve and deny medically necessary surgery." (ECF No. 33 at 2:14-19.)

5.    I was not a member of either the Gender Affirming Surgery Review Committee (GASRC) or the Statewide Medical Authorization Review Team (SMART) Committee, and I did not participate in the Committees' decisions. In my capacity as the CMH at CCWF, I was the recipient of two memorandums, one dated November 26, 2019, and one dated January 5, 2021, which stated the determination made by the SMART Committee. The November 26, 2019 memorandum stated SMART did not approve Vargas's GAS, and the January 5, 2021, memorandum stated SMART approved Vargas for gender affirming mammoplasty. When I received the decision memorandums, I provided them to the clinician who worked closely with the patients who had requested GAS, as one of their tasks were informing patients of the decision once I provided them with the decision memorandum. As CCWF's CMH, I had frequent discussions with the psychologists evaluating patients for GAS and with the Utilization Management Registered Nurse, but I was never directly involved in the Committees or the referral report for Vargas.

6.    I have never treated Vargas as a staff physician or primary care provider. I did not have any input or decision making authority related to Plaintiff's request for GAS.

7.    I deny that I was ever deliberately indifferent to Vargas's serious medical needs or disregarded an excessive risk to his health and safety.

2

Declaration of S. Neuman In Support of Defendants' MSJ (1:20-cv-00083-JLT-CDB)

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on April 8, 2026, at Fresno, California.

_____
S. Neumann, Psy.D.

SA2024400140
44996992

3