ROB BONTA, State Bar No. 202668
Attorney General of California
KYLE A. LEWIS, State Bar No. 201041
Supervising Deputy Attorney General
JULIET LOMPA, State Bar No. 140980
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3365
 Fax: (415) 703-5843
 E-mail: Juliet.Lompa@doj.ca.gov
*Attorneys for Defendants S. Neumann, L. Taylor,*
*S. Chaiken, T. Buzzini, R. Mitchell and J. Macomber*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| **DOMINIC (AKA DIAMOND) VARGAS,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>Defendants. | 1:20-cv-00083-JLT-CDB<br><br>**DECLARATION OF R. MITCHELL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: The Hon. Christopher D. Baker<br>Trial Date: Not Set<br>Action Filed: January 16, 2020 |

I, R. Mitchell, declare:

1. I make the following declaration of facts based upon my own knowledge, except those matters expressly based on information and belief, which I believe to be true. If called, I can testify competently to the facts contained in this declaration.

2. I am licensed to practice medicine in the State of California by the Medical Board of California. I was originally licensed by the Medical Board of California in 2005. I received my medical degree from the Howard University School of Medicine in Washington, D.C. in 2003. In June 2006, I completed my residency in Family Practice at the University of California, San Francisco in Fresno, California. I am board certified in family practice by the American Board of Family Medicine.

1

3.    From April 2016 to January 2022, I worked for the California Department of Corrections and Rehabilitation (CDCR) as the Chief Medical Executive (CME) at Central California Women's Facility (CCWF) in Chowchilla, California.  I separated from CDCR on January 31, 2022, and am currently employed in the Fresno County Public Health sector.

4.    Before promoting to CME, I held the position of Chief Physician and Surgeon (CP&S) at CCWF from July 2011 to April 2016.  I was also the acting CP&S at CCWF between June 2010 and July 2011.  I joined CDCR in April 2009, when I was hired as a physician and surgeon at CCWF.

5.    While employed as CME at CCWF, my duties included overseeing staff physicians and other medical staff to help ensure that community standards of care were being met.  I also monitored and addressed quality management and Utilization Management issues, reviewed, and responded to inquiries from oversight entities, monitored compliance with treatment requirements, oversaw recruiting efforts and the performance of physicians, and responded to certain administrative appeals filed by inmates.

6.    I understand that I am a defendant in the above-entitled action filed by Dominic "Diamond" Vargas (CDCR No. WF6174), a California state inmate who was incarcerated at CCWF at all times relevant to this action.  As summarized in the Court's Screening Orders (ECF Nos. 30, 34, and 35), Vargas's pleading asserts an Eighth Amendment deliberate indifference claim relating to denial of Plaintiff's request for Gender Affirming Surgery (GAS).  Vargas alleges I "announced the denial of Plaintiff's sex reassignment surgery request" (SRS), and that I had "ultimate authority" over Plaintiff's request for SRS. (ECF No. 33 at 7.)

7.    I have never been a member of the Gender Affirming Surgery Review Committee (GASRC) or the Statewide Medical Authorization Team Committee (SMART). I did not have any input or decision making authority related to Plaintiff's request for GAS.

8.    The only involvement I had with respect to Plaintiff's request for GAS is that on July 25, 2019, I performed a comprehensive physical exam and medical history of Vargas, which is a

requirement for all CDCR incarcerated persons requesting GAS and is part of the formal, multi-step referral process for consideration of surgical procedures. I believe that I accurately recorded the results of my physical exam and Vargas's report of his medical history.

9. I categorically deny that I was ever deliberately indifferent to Vargas's serious medical needs or disregarded an excessive risk to his health and safety.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on April 8 , 2026, at Fresno, California.

R. Mitchell, M.D.

SA2024400140
44993895