ROB BONTA, State Bar No. 202668
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General
JULIET LOMPA, State Bar No. 140980
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3365
 Fax:  (415) 703-5843
 E-mail:  Juliet.Lompa@doj.ca.gov
*Attorneys for Defendants S. Neumann, L. Taylor, S.
Chaiken, T. Buzzini. R. Mitchell, and J. Macomber*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DOMINIC (AKA DIAMOND) VARGAS,** | 1:20-cv-00083 JLT CDB |
| Plaintiff, | **DECLARATION OF E. JOELSON, M.D. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,** | Judge:  The Hon. Christopher D. Baker |
| | Trial Date:  Not Set |
| Defendants. | Action Filed:  January 16, 2020 |

I, E. Joelson, M.D., declare:

1.    I am not a party to this case.  I have personal knowledge of the facts attested to herein, and, if called to testify, I can testify competently to the facts contained in this declaration. I submit this declaration in support of Defendants' Motion for Summary Judgment.

2.    I am a medical doctor licensed to practice in the State of California since 2004.  I performed my residency in internal medicine at the University of California at Davis Medical Center in Sacramento, California from 2003-2006.  From 2006-2007, I participated in a fellowship in geriatric medicine at the University of California at Davis Medical Center.  From 2007-2017, I was a Physician and Surgeon at Sockolov & Sockolov in Sacramento, California.

1

From 2017-2019, I was a Physician and Surgeon for California Correctional Health Care Services (CCHCS) and provided primary care services to CCHCS patients in California Department of Corrections and Rehabilitation (CDCR) institutions through telemedicine services.  From December 2019 – May 2020, I was an Acting Chief Physician and Surgeon for CCHCS.

3.   From May 2020 to present, I am employed as a Chief Physician and Surgeon for the CCHCS.  From 2021 to the present, I am a Chair or Co-Chair of the Gender Affirming Surgery Review Committee ("GASRC" or "Committee"), and I am familiar with the process for reviewing requests submitted by CDCR patients for gender affirming surgery (GAS).

4.   In December 2018, CCHCS issued a Supplement to CCHCS/DHCS Care Guide related to Gender Dysphoria, specifically titled "Guidelines for Review of Requests for Gender Affirming Surgery."  These Guidelines provided that in accordance with California Code of Regulations Title 15, Section 3999.200, transgender patients meeting basic prerequisite criteria as established by CCHCS may request Gender Affirming Surgery (GAS), which shall be referred to the Statewide Medical Authorization Review Team (SMART).  SMART shall forward the request to the GASRC, a subcommittee of SMART, to evaluate and consider possible GAS consistent with the Guidelines.  A true and correct copy of these Guidelines is attached hereto as Exhibit A.

5.   CDCR maintains health care records for the inmates in their custody.  In my current position, I have authorized access to these records for every inmate within the custody of CDCR. At the request of the Office of the California Attorney General, I reviewed the CDCR health care records of Dominic Vargas, aka Diamond Vargas (Vargas), CDCR No. WF6174, an incarcerated person at Central California Women's Facility, regarding his requests for GAS.

6.   On August 16, 2019,  a Request for Services (RFS) was submitted for Vargas requesting he be considered for Gender Affirming Surgery (GAS), specifically "top and botom [sic] female to male surgery".  On October 29, 2019, GASRC provided a recommendation to SMART that Vargas' request for GAS not be approved due to his mental health status.  The Committee noted that in April 2019 Vargas was diagnosed with Bipolar Disorder Not Otherwise Specified (NOS), and in September 2019 he was described as manic and refusing further

medications. GASRC believed these mental health concerns posed a contraindication to surgery. On November 19, 2019, SMART denied Vargas' request for GAS.

7.    On October 26, 2020, a second RFS was submitted for Vargas requesting he be considered for GAS, specifically bilateral reduction mammoplasty, hysterectomy, salpingo-oophorectomy, and procedures for phalloplasty, to include urethroplasty, scrotoplasty, and placement of testicular prostheses.  On December 29, 2020, GASRC provided a recommendation to SMART that reduction mammoplasty be approved and masculinizing bottom surgeries not be approved until Vargas' medical and mental health conditions were fully assessed and well-controlled for at least one year.  The Committee identified that Vargas suffered from chronic kidney disease stage 3 that required further evaluation.  Vargas' kidney disease condition could pose serious health risks and other complications that needed to be assessed before any lower body surgeries could be performed.  On January 5, 2021, SMART granted Vargas' request for gender affirming mammoplasty, and his request for gender affirming bottom surgery was not approved.

8.    The inherent risk of each procedure is assessed and approved independently, and top surgery has much less risk than bottom surgery.

9.    Vargas was seen for management of his chronic kidney disease, including a renal ultrasound on March 12, 2021, which was essentially normal.  The medical team noted improvement in Vargas's renal function lab test overall, and they continued to monitor.

10.    On October 3, 2022, masculinizing mammoplasty surgery was performed.

11.    On April 20, 2022, a third RFS was submitted for Vargas for hysterectomy, salpingo-oophorectomy, phalloplasty, urethroplasty, scrotoplasty, and placement of testicular prostheses. On November 23, 2022, SMART did not find any significant potential medical contraindications to gender affirming surgery, and masculinizing bottom surgery (phalloplasty, vaginectomy, hysterectomy, salpingo-oophorectomy, urethroplasty, scrotoplasty, and placement of testicular prostheses), and it was approved by GASRC on June 6, 2023.[1]

---

[1] Commencing July 2021, the process changed for processing GAS requests whereby SMART performed the first review of the cases and commented on contraindications to surgery and GASRC provided the final decision. Prior to July 2021, SMART made the final decision.

3

12. In preparation for a phalloplasty, Vargas underwent a total hysterectomy and bilateral salpingo-oophorectomy with no complications on July 8, 2024.

13. Beginning in August 2024, Vargas began the process of hair removal of thigh needed before phalloplasty can be performed. Vargas, in consultation with his surgeon, changed the donor site for his phalloplasty to his forearm, and in December 2024, he began electrolysis to his forearm. Electrolysis is ongoing. In December 2025, the onsite electrolysis vendor at CCWF was no longer willing to go to CCWF due to safety concerns. CDCR is actively investigating options for Vargas and all CCWF patients who are receiving electrolysis, including looking into new vendors, working with the previous vendor for them to return to CCWF, using laser hair removal for patients who are good candidates, and transferring patients to the Correctional Institution for Women (CIW) where there is an on-site electrolysis vendor. Vargas is not a candidate for laser hair removal due to extensive tattoos on his arm, and his security level does not allow him to be transferred to CIW at this time.

14. On May 14, 2024, Vargas saw Thomas Satterwhite, M.D. of Align Surgical Associates regarding the results of his masculinizing mammoplasty surgery; Dr. Satterwhite recommended revision surgery. On June 20, 2024, Vargas' PCP Dr. Okereke placed the RFS for the revision surgery. On September 12, 2024, Vargas underwent bilateral chest scar revision and bilateral nipple-areolar reconstruction.

15. On October 18, 2024, another RFS was submitted for Vargas for masculinizing body contouring and facial masculinization. On November 26, 2024, GASRC[2] did not find any significant potential medical contraindications to masculinizing body contouring and facial masculinization and approved both gender affirming surgeries.

16. On July 11, 2025, Mr. Vargas had a consultation with Angela Rodriguez, M.D., of ART Surgical regarding facial masculinization. Dr. Rodriguez determined Mr. Vargas was not a candidate for facial masculinization, because he already has a masculine face.

---

[2] Commencing June 30, 2023, the process changed whereby SMART was no longer involved with processing GAS requests and only GASRC reviews the case and provides the final decision.

17.    On January 9, 2026, Mr. Vargas had separate consultation with Dr. Rodriguez, of ART Surgical regarding masculinization body contouring.  Dr. Rodriguez determined that before body contouring could be scheduled, Vargas needed to undergo an abdominal ultrasound to rule out ventral and/or umbilical hernia.

18.    On March 23, 2026, Mr. Vargas underwent an abdominal ultrasound examination, which revealed a fat-containing supraumbilical ventral hernia.  Vargas is in the process of being scheduled for a follow-up visit with Dr. Rodriguez to determine if hernia repair is necessary prior to masculinizing body contouring.

19.    Mr. Vargas is scheduled for phalloplasty surgery on July 1, 2026, with Dr. Michael Safir, M.D., Align Surgical Associates, San Francisco.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States.

Executed on April 9, 2026, at Elk Grove, California.

Eddy Joelson

Digitally signed by Eddy Joelson
Date: 2026.04.09 17:23:45 -07'00'

E. Joelson, M.D.
Chief Physician and Surgeon
CCHCS

Declaration of E. Joelson, MD in support of Defendants' MSJ  (1:20-cv-00083 JLT CDB)

# Exhibit "A"



**Supplement to CCHCS/DHCS Care Guide: Gender Dysphoria**

# GUIDELINES FOR REVIEW OF REQUESTS FOR
# GENDER AFFIRMING SURGERY

## I. CLINICAL PROCESS

In accordance with California Code of Regulations Title 15, Section 3999.200, transgender patients meeting basic prerequisite criteria as established by California Correctional Health Care Services (CCHCS) may request Gender Affirming Surgery (Surgery). Those who request Surgery shall be referred by the institution to the Statewide Medical Authorization Review Team (SMART). SMART shall forward the request to the Gender Affirming Surgery Review Committee (the Committee), a subcommittee of SMART. The Committee shall evaluate and consider possible Surgery consistent with these Guidelines.

## II. REFERRAL AND REVIEW

### A. REFERRAL

Institution providers shall refer requests for Surgery as treatment for gender dysphoria (GD) to the institution second level of review using an electronic Request for Services (eRFS). The eRFS should state that the patient is requesting evaluation for Gender Affirming Surgery or a specific surgical procedure listed in Attachment 3. Only surgical procedures approved for Surgery by CCHCS/Division of Health Care Services (DHCS) set out in Attachment 3 will be considered for approval. Written evaluations from the treating medical and mental health clinicians shall be provided.

1. The institution shall compile and submit the above information within 90 days following receipt of a documented request for Surgery, absent a showing of good cause for an extension, in which case an extension may be granted by SMART.

2. The institution shall neither recommend approval nor non-approval of the request for Surgery at the first and second institutional levels of review

3. The institution is responsible for reviewing and providing the following to SMART:
   a. All information required by SMART for referral of the case to the Committee, including the requested medical and mental health written reports (Attachment 1a for initial referrals, and Attachment 1b for subsequent referrals).

   b. Gender Affirming Surgery Request Checklist (Attachment 2).

### B. REVIEW
#### 1. Gender Affirming Surgery Review Committee
   a. The Committee, a subcommittee of SMART, shall review and act upon all requests for Surgery submitted by institutions.

   b. The Committee shall determine whether the patient is an appropriate candidate for Surgery from a medical and mental health perspective, following consideration of the applicable factors as set forth in section 5 below and report their recommendation to SMART.

   c. Submissions for Surgery shall be considered by the Committee in the order in which they are received, absent extenuating circumstances approved by the Chair.



**Supplement to CCHCS/DHCS Care Guide: Gender Dysphoria**

# GUIDELINES FOR REVIEW OF REQUESTS FOR GENDER AFFIRMING SURGERY

2. **Committee Membership and Meetings**
    a. Voting members (and alternate designees) shall be appointed by the Deputy Director, Medical Services, and the Deputy Director, Statewide Mental Health Program, from among CCHCS/DHCS/California Department of Corrections and Rehabilitation (CDCR) staff:

    1) Four physicians from Medical Services.
    2) Four physicians from the Mental Health Program.
    3) Four psychologists from the Mental Health Program.

    b. The Committee Chair is a Deputy Medical Executive, Chief Physician and Surgeon, Chief Psychologist, or Chief Psychiatrist, appointed by the Deputy Director, Medical Services, or the Deputy Director, Statewide Mental Health Program. The Chair is a non-voting member, unless needed as a tie-breaker or to reach a quorum as noted below. In the event of a tie amongst voting members, the Chair has the option to request additional information and review the case a second time at a future committee meeting with the same voting members present from the original case presentation. The term of service for a chair and members is two years. All members are eligible for reappointment.

    c. A quorum for purposes of voting shall include at least two members from each discipline. In reaching the quorum requirement, alternate designees of a given clinical discipline may be counted towards a quorum, and the Chair may serve as a member for his or her clinical discipline, if necessary, to reach a quorum. The Chair may determine what non-voting members or participants are necessary for a full and complete discussion. The Chair may also, at his or her sole discretion, postpone any meeting in which the number of available attendees will not achieve a quorum or allow for a full discussion and review.

    d. Unless there is no business for consideration, the Committee shall meet weekly, holidays excluded.

3. **Non-voting Participants**
    CDCR DAI custody representative(s) will participate as non-voting members of the Committee. Additional non-voting participants must include the medical or mental health providers for the patient, and may include, if deemed appropriate for the discussion by the Chair:

    a. Representatives from SMART.

    b. Institution medical or mental health leadership.

    c. Warden or other institution staff.

    d. Other CCHCS or CDCR staff.



**Supplement to CCHCS/DHCS Care Guide: Gender Dysphoria**

# GUIDELINES FOR REVIEW OF REQUESTS FOR GENDER AFFIRMING SURGERY

4. **Committee Review Process**

   a. The Committee shall review, evaluate, and discuss the information provided by the institution (and the patient, if applicable) and obtain additional information as determined necessary, prior to finalizing and reporting its findings to SMART.

   b. The following shall be considered by the Committee regarding whether or not Surgery will be recommended:

   1) The patient has been diagnosed with GD by a DHCS mental health provider and the diagnosis is supported with appropriate documentation and clinical justification as set forth by CCHCS policies and care guidelines.

   2) The efficacy of the current treatment for GD being offered and received to ameliorate the patient's GD from both a medical and mental health perspective.

   3) Whether other treatments besides Surgery should be considered for addition to the existing treatment regimen.

   4) The patient has no current mental health or medical contraindications that would preclude any further consideration of the request for Surgery until they are resolved or mitigated.

   5) Any known medical and/or co-existing mental health concerns have been fully assessed and have been well-controlled for at least one year; do not pose a contraindication to Surgery; and are not likely to worsen with Surgery or impede surgical recovery.

   6) The patient has:
      - Continuously manifested a desire to live and to be accepted as a member of the preferred sex, including the desire to make his/her body as congruent as possible with the preferred sex, for at least two years;
      - Lived full-time in his/her desired gender role for at least 12 months, as permitted in the correctional environment, and has received at least 12 continuous months of medically supervised hormone therapy appropriate to his/her gender goals (unless there was a medical contraindication to this therapy);

   7) The patient is in significant distress due to lack of reasonable response to available nonsurgical treatment of gender dysphoria. The patient's gender dysphoria symptoms cannot be attributed to the conditions of confinement, mental illness or any other factor; and there are no available, additional treatments other than Surgery that are likely to improve or alleviate the patient's symptoms.

   8) The patient has been provided with necessary and relevant information to enable him/her to understand that his/her environment will be evaluated after Surgery and any new environment may be unfamiliar and pose significant adaptive challenges. The patient understands that appropriate post-operative placement will be reviewed on a case-by-case basis by CDCR custody staff.

   9) The patient can be expected to successfully and safely transfer and adjust medically and psychologically to confinement postoperatively.

   10) There is no evidence suggestive of any external coercion or predation and the desire for Surgery is freely given by the patient.

   11) Any other information available which may be relevant to their discussion or determination.

   c. The findings of the Committee will be based on a majority vote of the members and forwarded to SMART. The report to SMART shall detail in writing the committee's findings.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

**Supplement to CCHCS/DHCS Care Guide: Gender Dysphoria**

# GUIDELINES FOR REVIEW OF REQUESTS FOR GENDER AFFIRMING SURGERY

**5. Final Review Process**

    a. SMART Review of the Committee Recommendations.

       SMART shall meet to consider the report of the findings of the Committee and any other factors or information relevant to their determination. In reviewing the report, findings, and the recommendation from the Committee, SMART shall afford great weight to the decision of the Committee and shall only reverse the decision of that body when they find that:

       1) In reviewing the Guideline standards for the requested procedure, there is no substantial evidence to support the decision of the Committee under those Guidelines; or

       2) The Committee based their decision on erroneous facts; or

       3) The Committee failed to consider significant relevant information bearing on the case in reaching their decision, or new evidence from credible and reliable source(s) has come to the attention of SMART which was not available to the Committee at the time of their decision.

       In the situations under subparagraph 5.a.3) above, SMART shall refer the matter back to the Committee along with the new evidence, or the evidence SMART believes was not considered by the Committee in their prior decision, for further deliberation and for an updated recommendation from the Committee thereafter.

    b. SMART Approval or Disapproval of the Committee Submissions.

       For each case submitted by the Committee under these Guidelines to SMART, the SMART shall:

       1) Approve the recommended action by the Committee and, if the Committee recommendation is to approve a surgical procedure, refer the patient to a contracted gender affirming surgeon to perform a pre-surgical assessment and perform the surgical operation approved; or

       2) Not approve the recommended action of the Committee and the underlying request, stating with specificity the reasons for their action, consistent with the requirements of paragraph 5.a. above.

    c. In cases where SMART disagrees with an approved recommendation from the Committee, creating contrary conclusions and results between the two bodies, the materials pertinent to the Request for Surgery, including the Committee package submitted to SMART and the SMART written decision, shall be automatically submitted to the Statewide Chief Medical Executive, or designee, for Executive Review and resolution of the discrepancy between the decisions of the Committee and SMART. The Statewide Chief Medical Executive, or designee's, decision shall be final.

       1) The final decision shall be communicated to the patient in writing within five business days.

       2) Patients who are not approved for Surgery may submit a new request for Surgery no sooner than one year after issuance of a letter disapproving the request.





**Supplement to CCHCS/DHCS Care Guide: Gender Dysphoria**

# GUIDELINES FOR REVIEW OF REQUESTS FOR
# GENDER AFFIRMING SURGERY

## ATTACHMENT 1a – Initial Request for Surgery

CASE MATERIALS TO BE SUBMITTED TO INSTITUTIONAL LEVELS OF REVIEW AND TO SMART
FOR SURGERY CONSIDERATION

Institution staff shall prepare the following items for submission to the institutional second level of review of a request for consideration of Surgery:

A.  Complete medical history, including a breast and genital exam within the past year, Body Mass Index (BMI), and identification of serious or poorly controlled medical conditions.

B.  Complete history of medical therapy for gender dysphoria including indicated laboratory monitoring.  The institution may note that the patient has not achieved 12 continuous months of hormone medication.

C.  Complete psychological history of gender dysphoria including criteria used for diagnosis and patient's experience with desired gender role inside and outside prison.

D.  Full assessment of psychiatric comorbidities and their current status/stability including:
    1.  Gender dysphoria assessment. Most recent mental health evaluation of the patient's overall mental health status with respect to symptoms related to gender dysphoria.
    2.  Any history of self-injurious and suicidal behaviors, especially within the previous 12 months.
    3.  Evaluation to rule out malingering, if appropriate.
    4.  Evaluation of decision-making capacity, if indicated.
    5.  Discharge summary from most recent Mental Health Crisis Bed (MHCB) or Department of State Hospitals (DSH)/Psychiatric Inpatient Program (PIP) admissions, if applicable.
    6.  Most recent Treatment Plan, if patient is included in the Mental Health Services Delivery System (MHSDS).

E.  A report of the patient's adherence with prescribed mental health therapies including diagnostic tests, medications, etc., and the patient's ability to interact productively with providers by attending appointments and cooperating with providers during visits.

F.  Personal background. A summary of the patient's upbringing from presentence report, diagnostic work-ups and other clinical materials with any information regarding issues concerning gender identification.



**Supplement to CCHCS/DHCS Care Guide: Gender Dysphoria**

# GUIDELINES FOR REVIEW OF REQUESTS FOR GENDER AFFIRMING SURGERY

## ATTACHMENT 1b – Re-referral for Surgery

CASE MATERIALS TO BE SUBMITTED TO INSTITUTIONAL LEVELS OF REVIEW AND TO SMART FOR SURGERY CONSIDERATION

Institution staff shall prepare the following items for submission to the institutional second level of review of a request for consideration of Surgery:

A. A copy of the previous submittal (see Attachment 1a) which will be utilized by the Committee to review historical information that may not have changed in the interim, such as family history, developmental history or upbringing, past history regarding the patient's transgender life prior to incarceration, and the establishment of the gender dysphoria diagnosis/condition.

B. An updated report identifying any serious or poorly controlled medical conditions.

C. An updated report of medical therapy for gender dysphoria including indicated laboratory monitoring.  The institution may note that the patient has not achieved 12 continuous months of hormone medication.

D. An updated report of the patient's adherence with prescribed medical therapies, diagnostic tests, appointments, etc., and patient's ability to interact productively with providers by attending appointments and cooperating with providers during visits. The assessment should include all relevant information including attendance and details regarding individual appointments, group appointments, other group activities, and educational and work activities.

E. A full written assessment of psychiatric comorbidities and their current status/stability including:
  1. Gender dysphoria assessment.  Most recent mental health evaluation of the patient's overall mental health status with respect to symptoms related to gender dysphoria.
  2. An updated history of self-injurious and suicidal behaviors.
  3. An updated history of substance use disorder behaviors.
  4. Any concerns regarding malingering or coercion.
  5. Evaluation of decision-making capacity, if indicated.
  6. Discharge summary from most recent MHCB or DSH/PIP admissions, if applicable.
  7. Most recent Treatment Plan or summaries of treatment team goal(s) and progress toward those goal(s), if the patient is included in the MHSDS.



**Supplement to CCHCS/DHCS Care Guide: Gender Dysphoria**

# GUIDELINES FOR REVIEW OF REQUESTS FOR
# GENDER AFFIRMING SURGERY

## ATTACHMENT 2 – Gender Affirming Surgery Request Checklist

CDCR Number: [          ]          Institution: [                    ]

Patient Name: [                                        ]
(Last Name, First Name, Preferred Name)

☐ Required Attendees:

Primary Care Provider: [                              ]

Primary Clinician (MH): [                              ]

Author of MH Evaluation: [                            ]

☐ Optional Attendees:

Primary Care Team: [                              ]
(Last Name, First Name, Classification)

CME/CP&S: [                              ]
(Last Name, First Name)

Other (include prior care team members if patient recently transferred): [                              ]
(Last Name, First Name, Classification)

☐ Request for Services (RFS), CDC **7243**

☐ Medical Evaluation (Refer to Attachment 1)

☐ Mental Health Evaluation (Refer to Attachment 1)

Checklist Reviewed by: _____     _____
(Last Name, First Name, Classification)          (Signature)

Date: _____

December 2018, Version                                                                 7



**Supplement to CCHCS/DHCS Care Guide: Gender Dysphoria**

# GUIDELINES FOR REVIEW OF REQUESTS FOR
# GENDER AFFIRMING SURGERY

## ATTACHMENT 3

Surgical procedures which <u>may be authorized</u> for CCHCS/DHCS patients requesting Gender Affirming Surgery.

<u>Male to Female</u> (transgender woman):
Vaginoplasty
Orchiectomy
Penectomy
Clitoroplasty
Labioplasty
Vulvoplasty

<u>Female to Male</u> (transgender man):
Vaginectomy
Hysterectomy
Salpingo-oophorectomy
Metoidioplasty
Phalloplasty
Urethroplasty
Scrotoplasty
Placement of testicular prostheses
Mastectomy and reduction mammoplasty